IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| For Dominick Pugliese<br>Plaintiff/Movant<br><br>-v-<br><br>UNITED STATTES OF AMERICA<br>Defendant/Respondent | Case No. 1:15-cr-182-01 |

28 U.S.C. § 2242 (next frie d) Request for
Habeas Corpus, Compassionate
Immediate Release Under Cares Act

FILED
HARRISBURG, PA
APR 27 2020
PER _____
DEPUTY CLERK

COMES NOW petioner, Dominick Burton, and enters this motion requesting immediate relief under habeas corpus, FIRST STEP ACT, SECOND CHANCE ACT, and most recently the CARES ACT.

Petitioner submits to this court he/she meets the two requirements that must be satisfied in order for such standing to be granted.

First petitioner asserts the defendant does not have reasonable accessibly to the courts, is currently under extreme duress and thus mentally incompetent and a combination of other factors contribute to the reasons why the real party in interest cannot appear on his own behalf to prosecute this action. See e.g., United States ex rel. Tofh v. Quarles, 350 U.S. 111, 13 n.3, 76 S,ct 1 100 L.Ed 8 (1955)(habeas petition brought by sister on behalf of civilian prisoner held in military prison in Korea); Massie ex rel. Kroll v. Woodford, 244 F.3d 1192, 1196 (9th Cir 2001).

Petitioner most respectfully posits that the defendant is in a military prison at Fort Dix Joint Base in violat on of the Constitut ion. Under the FSA a "Loved One" is authorized to file such a motion on behalf of the defendant.

Defendant suffers from the following conditions: Asthma, as a result from a collapsed lung in 2005, and High Blood Pressure.

CERTIFICATE OF SERVICE

I, Dominick Burton, do declare under the penalty of perjury according to the course of Common Law that a true and correct copy of:

> 28 U.S.C. § 2242 (next friend) Request for
> Habeas Corpus, Compassionate
> Immediate Release Under Cares Act

was mailed to:

> Ronald Regan Federal Building
> 228 Walnut Street
> Harrisburg, PENNSYLVANIA [near 17108-9998]

by United States Postal 3-day prepaid mailing service on this __23__ day of __April__, 2020.


Respectfully Submitted,

By: _____
Dominick Burton
ALL RIGHTS RESERVED,
Without Prejudice

c/o Dominick Burton
12232 Redhawk Drive
Waynesburo, PENNSYLVANIA [near 17268]

Petitioner respectfully request Plaintiff to be designated to Home Confinement. Attorney General Barr has authorized such an action under the Cares Act, elaborating that Home Confinement is not a release from sentence but a cautionary compassionate measure to curb the spread and eliminate the possibility of a lengthy sentence becoming an effective death sentence.

State or Commonwealth Pennsylvania

County of Franklin

Signed (or attested) before me on April 23rd 2020 by Dominick Burton.

Commonwealth of Pennsylvania - Notary Seal
Amanda Fishel, Notary Public
Franklin County
My commission expires April 2, 2021
Commission number 1275709
Member, Pennsylvania Association of Notaries

(Stamp)

Amanda Fishel
Printed or typed name of Notarial Officer

[signature]
Signature of Notarial Officer

My Commission Expires: April 2, 2021

See Attached Request

Document Type: _____

Dominick Burton
12232 Redhawk Drive
Waynesburo, PENNSYLVANIA [near 17268]

Ronald Regan Federal Building
228 Walnut Street
Harrisburg, PENNSYLVANIA [near 17108-9998]

RECEIVED
HARRISBURG, PA
APR 27 2020
PER_____
DEPUTY CLERK
17101-171499