Donna Watts
88-05 Merrick Blvd
Jamaica N.Y., 11432
Apt 1-C

January 13, 2021

Re: Dominick Pugliese
Case# 15CR182-3
To: The Honorable Judge Yvette Kane,

FILED
HARRISBURG, PA
JAN 19 2021
PER_____
DEPUTY CLERK

My name is Donna Watts, I am the daughter of Dominick Pugliese. My father is an inmate at the Federal Correctional Institution in Fort Dix, New Jersey. At this present time my father is in the hospital on a ventilator due to contracting COVID-19. My family was notified by the Chaplain on January 7, 2021. My father has already filed a motion and his case is under review in your court. My father has underline health issues which put him at greater risk of contracting COVID-19. My father suffered a collapsed lung due to a car accident in 2005, in which he soon developed asthma. To add to my family's suffering we have had to retain a lawyer just to gain information about him, because my father did not have a Health Care Proxy and even with doing so we are given limited information, they will not disclose the hospital where he is being treated so my family and I are at the mercy of the Facility and you, your Honor. Your Honor we are at your mercy, I respectfully ask that you review his case and grant my father a compassionate release. Thank You in advance on any assistance you can provide.

Sincerely,
Donna Watts
347-612-0922
Donnam.watts@gmail.com

Donna Watts
88-05 merrick Blvd
Jamaica Ny 11432
apt 1C

Judge Yvette Kane
Clerk of Court
228 Walnut Street
Harriburg PA 17120